**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKEY V. RIVERA,<br><br>                      Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>                      Respondent. | Case No.: 20cv1831-GPC (RBM)<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SATISFY THE FILING FEE REQUIREMENT AND GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

      On September 9, 2020, Petitioner, a state prisoner proceeding pro se, constructively filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.[1] (ECF No. 1.) On September 17, 2010, the Court dismissed this action because Petitioner had failed to pay the $5.00 filing fee or submit a motion to proceed in forma pauperis. (ECF No. 2.) Petitioner was instructed that to have this action reopened he was required to pay the filing fee or file a motion to proceed in forma pauperis by November 17, 2020. (*Id*. at 1.)

      Petitioner filed a motion to proceed in forma pauperis on November 16, 2020. (ECF No. 3.) On November 17, 2020, the Court denied the motion because it did not include the

---

[1] Petitioner is entitled to the benefit of the "mailbox" rule which provides that his pro se filings are considered to have been constructively filed as of the date they are handed to prison authorities for mailing to a court. <u>Anthony v. Cambra</u>, 236 F.3d 568, 574-75 (9th Cir. 2000).

required certified copy of his inmate trust account statement. (ECF No. 4.) The Court extended the time to file a properly supported in forma pauperis application until December 17, 2020. (*Id*. at 2.) On December 16, 2020, Petitioner constructively filed a request for extension of time based on a delay in obtaining trust account statements due to the ongoing pandemic. (ECF No. 5.) Petitioner constructively filed a renewed motion to proceed in forma pauperis on December 18, 2020, accompanied by a certified copy of his trust account statement. (ECF No. 6.)

## MOTION FOR EXTENSION OF TIME

For good cause shown, and because Petitioner's renewed motion to proceed in forma pauperis was constructively filed only one day late, the Court **GRANTS** Petitioner's motion for an extension of time to satisfy the filing fee requirement.

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner has $0.75 on account at the California correctional institution in which he is presently confined (ECF No. 6 at 2, 4), and cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis and allows him to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security.

## CONCLUSION AND ORDER

Accordingly, the Court **GRANTS** Petitioner's motion for an extension of time to satisfy the filing fee requirement (ECF No. 5) and **GRANTS** Petitioner's motion to proceed in forma pauperis (ECF No. 6).

**IT IS SO ORDERED.**

Dated: January 6, 2021

Hon. Gonzalo P. Curiel
United States District Judge